BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DENNISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  ) <br>           Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> DARREN JAY DENNISON,  ) <br>  ) <br>           Defendant.  ) <br> _____ ) | No. CR-06-00614 JW <br><br> STIPULATION AND [PROPOSED] <br> ORDER CONTINUING HEARING |

## STIPULATION

The parties hereby stipulate that the status hearing currently set for Monday, August 25, 2008 at 1:30 p.m. may be continued to Monday, October 27, 2008 at 1:30 p.m.  The reason for the requested continuance is that Mr. Dennison remains in the custody of the Santa Clara County Department of Correction pending trial in *People v. Dennison*, Santa Clara County Superior Court Docket No. CC786821.  Trial in the state matter is scheduled to commence October 14, 2008.

United States Probation Officer Jose Martinez has been consulted as to the proposed continuance and has no objection.

Stipulation and [Proposed] Order Continuing Hearing                            1

1 | Dated: August 20, 2008

2 | /s/_____
CYNTHIA C. LIE
3 | Assistant Federal Public Defender

Dated: August 20, 2008

4

5 | /s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

6

7 | **ORDER**

8 | Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

9 | hearing currently set for Monday, August 25, 2008 may be continued to Monday, October 27,

10 | 2008 at 1:30 p.m.

11

12 | Dated: August 21, 2008

13

14 | _____
JAMES WARE
United States District Judge

Stipulation and [Proposed] Order Continuing
Hearing                                                    2