**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
10/23/2008

1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant DENNISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00614 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| DARREN JAY DENNISON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

The parties hereby stipulate that the status hearing currently set for Monday, October 27, 2008 at 1:30 p.m. may be continued to Monday, January 5, 2009 at 1:30 p.m.  The reason for the requested continuance is that Mr. Dennison remains in the custody of the Santa Clara County Department of Correction pending trial in *People v. Dennison*, Santa Clara County Superior Court Docket No. CC786821.  Trial in the state matter has been continued to December 15, 2008.

United States Probation Officer Jose Martinez has been consulted as to the proposed continuance and has no objection.

Stipulation and [Proposed] Order Continuing
Hearing                                        1

1  Dated: October 23, 2008

2                                          s/_____
                                          CYNTHIA C. LIE
3                                          Assistant Federal Public Defender

   Dated: October 23, 2008
4

5                                          s/_____
                                          JEFFREY B. SCHENK
                                          Assistant United States Attorney
6

7                                     **ORDER**

8       Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

9  hearing currently set for Monday, October 27, 2008 may be continued to Monday, **January 12,**

10 **2009** at 1:30 p.m.

11

12 Dated: October  23 , 2008

13
                                          _____
14                                         JAMES WARE
                                          United States District Judge
15

Stipulation and [Proposed] Order Continuing
Hearing                                        2