BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DENNISON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00614 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| DARREN JAY DENNISON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### STIPULATION

The parties hereby stipulate that the status hearing re: revocation of supervised release, currently set for Monday, August 17, 2009 at 1:30 p.m., may be continued to Monday, October 5, 2009 at 1:30 p.m.  The reason for the requested continuance is that Mr. Dennison remains in the custody of the Santa Clara County Department of Correction pending sentencing in *People v. Dennison*, Santa Clara County Superior Court Docket No. CC786821.  A pre-sentencing hearing in the state matter has been continued to August 27, 2009.

The United States Probation Office has been notified of the proposed continuance and has no objection.

Stipulation and [Proposed] Order Continuing
Hearing                                                                      1

1 | Dated: August 13, 2009

2 |                                  s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

3 | Dated: August 13, 2009

5 |                                  s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

### ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Monday, August 17, 2009 may be continued to Monday, October 5, 2009 at 1:30 p.m.

Dated: August 14, 2009

_____
JAMES WARE
United States District Judge